Per C. Olson, OSB #93386
HOEVET BOISE & OLSON, P.C.
1000 S.W. Broadway, Suite 1500
Portland, OR 97205
Telephone: (503) 228-0497
Facsimile: (503) 228-7112
E-mail: polson@hoevet-boise.com

Of Attorneys for Defendant

FILED '07 MAR 21 10:25 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GERALD JUNIOR CARPENTER,

    Petitioner,

v.

JEAN HILL, Superintendent, Snake River Correctional Institution,

    Respondent.

Civil Case No. 03-1070-BR

ORDER DISMISSING CASE

Based on Petitioner's attorney Per Olson's Motion to Dismiss, and for the reason that Petitioner died on January 23, 2007, rendering this case moot,

IT IS HEREBY ORDERED that this case is dismissed.

21 March 2007

_____
Hon. Anna J. Brown
U.S. District Court Judge

PRESENTED BY:

Per C. Olson, OSB #93386
Of Attorneys for Petitioner

PAGE 1 - ORDER DISMISSING CASE

HOEVET BOISE & OLSON, P.C.
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1500
PORTLAND, OREGON 97205
(503) 228-0497
FAX (503) 228-7112